**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE  DIVISION**


**CHARLES WAYNE JOHNSON,**                                              **PETITIONER**

**V.**                                                                    **NO. 4:05CV138-P-B**

**CHRISTOPHER EPPS, ET AL,**                                          **RESPONDENTS**

<u>**FINAL JUDGMENT**</u>

In accordance with the opinion issued this day, the instant cause is **dismissed** with prejudice

as barred by the applicable statute of limitations.

**IT IS SO ORDERED**.

THIS the 22nd day of May, 2006.


                                                    /s/ W. Allen Pepper, Jr.
                                                    W. ALLEN PEPPER, JR.
                                                    UNITED STATES DISTRICT JUDGE